| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | RECEIVED OCT 30 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | DOCKET NUMBER *(Tran. Court)* 0753/1 03CR10023-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: ROBERT PRATHER | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION: Peoria |
|---|---|---|
| **07CR 762** | NAME OF SENTENCING JUDGE HONORABLE JOE BILLY McDADE U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 05/02/06 — TO 05/01/08 |

OFFENSE

Counts 1 through 3: Distribution of Cocaine Base "Crack" - 21:841

JUDGE GOTTSCHALL

MAGISTRATE JUDGE COLE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Oct 12, 2007_
Date

_Joe B McDade_
HONORABLE JOE BILLY McDADE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**NOV 1 3 2007**
Effective Date

_James F. Holderman_
United States District Judge

FILED
NOV 1 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES GOVERNMENT

*MEMORANDUM*

**DATE:**       November 9, 2007

**REPLY TO**
**ATTN OF:**    U. S. Probation Office
                55 East Monroe Street, Room 1500
                Chicago, Illinois    60603

**SUBJECT:**    Transfer of Jurisdiction

**TO:**         Mrs. Alyce Mobley-Morris
                Courtroom Deputy to Chief Judge Holderman
                U. S. Court House, Room 2548


**RE:   PRATHER, ROBERT**

**DOCKET NO. OF**
**TRANSFERRING COURT: 0753/1 03CR10023-001**

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:    Torrance Wilkins
       U. S. Probation Officer

taw