1:03-cr-10023-JBM    # 33    Page 2 of 2

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

November 19, 2007

Ms. Teri Dimmick
United States District Court
309 Federal Building
100 N.E. Monroe Street
Peoria, Illinois 61601

**FILED**

DEC 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

07 cr 762

Re:    07 cr 762

USA  VS.  ROBERT PRATHER

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Robert Prather, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    Yvette Pearson

Deputy Clerk

Enclosure



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**JOHN M. WATERS**
CLERK OF COURT

TEL: 309-671-7117
FAX: 309-671-7120

### OFFICE OF THE CLERK
309 FEDERAL BUILDING
100 N.E. MONROE ST.
PEORIA, ILLINOIS 61602

November 28, 2007

# FILED

DEC 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

RE: USA V. Robert Prather
CASE NO. PEORIA IL: 03-10023

Dear Mr. Dobbins:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 11/28/07, enclosed please find certified copies of the following:

1. docket sheet

2. indictment

3. judgment

4. financial records

5. transfer of jurisdiction

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

By: __s/ T. Kelch_____
Deputy Clerk

Enclosure(s)
JMW/tk

1:03-cr-10023-JBM    # 33    Page 1 of 2

CDIL PROB 22
(Rev. 4/97)

**TRANSFER OF JURISDICTION**

**FILED**

Wednesday, 28 November 2007 02:40:27 PM

NOV 2 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**E-FILED**

DOCKET NUMBER *(Tran. Court)*
1:03-cr-10023-JBM

Clerk, U.S. District Court, ILCD

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION: Peoria |
|---|---|---|
| ROBERT PRATHER | | |

NAME OF SENTENCING JUDGE
HONORABLE JOE BILLY McDADE
U.S. District Judge

**07 CR 762**

| DATES OF SUPERVISED RELEASE: | FROM 05/02/06 | TO 05/01/08 |
|---|---|---|

**JUDGE GOTTSCHALL**

OFFENSE

Counts 1 through 3: Distribution of Cocaine Base "Crack" - 21:841

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**MAGISTRATE JUDGE COLE**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the  supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*Oct 12, 2007*

Date

s/ Joe B. McDade

HONORABLE JOE BILLY McDADE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

s/ US District Judge

NOV 1 3 2007

Effective Date

United States District Judge

**RECEIVED**

NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10023-JBM-1
### Internal Use Only

Case title: USA v. Prather

Magistrate judge case number: 1:03-mj-06012

Date Filed: 03/20/2003

Date Terminated: 01/05/2004

---

Assigned to: Chief Judge Joe
Billy McDade

### Defendant (1)

**Robert Prather**
*TERMINATED: 05/05/2004*

represented by **Robert Andre Alvarado**
FEDERAL PUBLIC DEFENDER

Suite 1500
401 Main St
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
Email: Robert_Alvarado@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:
DEPUTY CLERK
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:  11/ 5 6 /2007

### Pending Counts

21:841A=ND.F NARCOTICS -
SELL, DISTRIBUTE, OR
DISPENSE: On or about 12/18/02
in Fulton County deft did
knowlingly distribute cocaine
base (crack), a schedule II
controlled substance in violation
of Title 21, U.S.C., Section 841(a)

### Disposition

Dft committed to custody of
Bureau of Prisons for a term of 46
months on each of Counts 1 - 3 to
run concurrently; 2 years
supervised release on each of
Counts 1 - 3 to run concurrently;

(1) and 841(b)(1)(C).
(1)

21:841A=ND.F NARCOTICS -
SELL, DISTRIBUTE, OR
DISPENSE: In or about 12/19/02
in Fulton County deft did
knowlingly distribute cocaine
base (crack), a Schedule II
controlled substance in violation
of Title 21, U.S.C., Section 841(a)
(1) and 841(b)(1)(C).
(2)

$300 special assessment.

Dft committed to custody of
Bureau of Prisons for a term of 46
months on each of Counts 1 - 3 to
run concurrently; 2 years
supervised release on each of
Counts 1 - 3 to run concurrently;
$300 special assessment.

21:841A=ND.F NARCOTICS -
SELL, DISTRIBUTE, OR
DISPENSE: In or about 2/10/03
in Fulton County deft did
knowlingly distribute cocaine
base (crack), A Schedule II
controlled substance in violation
of Title 21, U.S.C., Section 841(a)
(1) and 841(b)(1)(C).
(3)

Dft committed to custody of
Bureau of Prisons for a term of 46
months on each of Counts 1 - 3 to
run concurrently; 2 years
supervised release on each of
Counts 1 - 3 to run concurrently;
$300 special assessment.

**Highest Offense Level**
**(Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level**
**(Terminated)**

None

**Complaints**                           **Disposition**

None

**Plaintiff**

**USA**                          represented by **K Tate Chambers**
                                                  US ATTY
                                                  One Technology Plaza
                                                  Suite 400
                                                  211 Fulton St
                                                  Peoria, IL 61602
                                                  309-671-7050
                                                  Fax: 309-671-7259
                                                  Email: tate.chambers@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2003 | 1 | COMPLAINT Robert Prather (1) count(s) cmp before Mag. Judge John A. Gorman [ 1:03-m -6012 ] (KB, ilcd) (Entered: 03/14/2003) |
| 03/14/2003 | 2 | Arrest Warrant issued for Robert Prather by Chief Judge Joe B. McDade [ 1:03-m -6012 ] (KB, ilcd) (Entered: 03/14/2003) |
| 03/17/2003 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers and deft Robert Prather for initial appearance at 3:30 on Monday, 3/17/03. Deft acknowledges receipt of copy of complaint. Deft advised of charges and consequences. Deft executed financial affidavit. Deft questioned regarding financial status to hire counsel. Federal Public Defender Rob Alvarado appointed and present at hearing. Preliminary hearing waived. Govt recommends bond. $10,000 (OR) Bond set for Robert Prather with special conditions. Section 4 to be provided to counsel. Case bound over to grand jury. (cc: all counsel/Prob/USM Peo) [ 1:03-m -6012 ] (KB, ilcd) (Entered: 03/18/2003) |
| 03/17/2003 | 3 | CJA Form 23 (Financial Affidavit) as to Robert Prather [ 1:03-m -6012 ] (KB, ilcd) (Entered: 03/18/2003) |
| 03/17/2003 | 4 | APPEARANCE BOND ($10,000 (OR)) by Robert Prather [ 1:03-m -6012 ] (KB, ilcd) (Entered: 03/18/2003) |
| 03/17/2003 | 5 | ORDER by Mag. Judge John A. Gorman setting conditions of release for Robert Prather [ 1:03-m -6012 ] (KB, ilcd) (Entered: 03/18/2003) |
| 03/20/2003 | 6 | INDICTMENT by USA K Tate Chambers. Counts filed |

| | | against Robert Prather (1) count(s) 1, 2, 3 (KB, ilcd) (Entered: 03/21/2003) |
|---|---|---|
| 03/21/2003 | | MINUTES: before Mag. Judge John A. Gorman. Case set for arraignment at 2:00 on Wed, 3/26/03 in person in Peoria (Courtroom C). (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 03/21/2003) |
| 03/21/2003 | 7 | SUMMONS issued as to Robert Prather for arraignment at 2:00 on Wed, March 26, 2003. (KB, ilcd) (Entered: 03/21/2003) |
| 03/24/2003 | 8 | Arrest Warrant returned executed as to Robert Prather 3/16/03 (HK, ilcd) (Entered: 03/24/2003) |
| 03/26/2003 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers/AFPD Alvarado with Dft Robert Prather for arraignment on 3/26/03 . Dft acknowledges receipt of copy of Indictment and waives having same read in open court. Court advises Dft of consequences if found guilty and of constitutional right to jury trial. Dft Robert Prather arraigned; NOT GUILTY plea entered. Hearing on pending motions/ pretrial conference set Fri., 5/9/03 at 3:15 PM and jury trial set Tues., 5/27/03 at 9:00 AM (both in person in Peoria before Chief Judge Joe B McDade). Scheduling Order entered. Ordered that existing bond remains in full force and effect. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 03/26/2003) |
| 03/26/2003 | 9 | SCHEDULING ORDER by Mag. Judge John A. Gorman (cc: all counsel) (SH, ilcd) (Entered: 03/26/2003) |
| 03/31/2003 | 10 | SUMMONS executed upon Robert Prather on 3/26/03 (SH, ilcd) (Entered: 03/31/2003) |
| 04/28/2003 | 11 | MOTION to continue (pretrial and trial dates) by Robert Prather (SH, ilcd) (Entered: 04/28/2003) |
| 05/01/2003 | | MINUTES: before Chief Judge Joe B. McDade. Motion to Continue (d/e 11) is granted in part. Pretrial previously set 5/9/03 is VACATED and pretrial conference reset to Thurs., 5/15/03 at 2:00 pm . Motion to continue trial to be determined at pretrial on 5/15/03. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/02/2003) |
| 05/13/2003 | 12 | MOTION to continue by Robert Prather (SH, ilcd) (Entered: 05/13/2003) |

| | | |
|---|---|---|
| 05/15/2003 | | MINUTES: before Chief Judge Joe B. McDade. Motion to continue is granted in part. The pretrial conference previously set 5/15/03 is VACATED and pretrial conference reset to Tues., 5/20/03 at 11:30 am. The portion of the motion to continue which requests continuation of the jury trial will be heard on 5/20/03. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/15/2003) |
| 05/19/2003 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on pending motions/pretrial conference previously set 5/15/03 was VACATED and pretrial conference reset to Tues., 5/20/03 at 11:30 am . (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/19/2003) |
| 05/20/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Chambers/AFPD Alvarado with Dft Robert Prather for pretrial conference on 5/20/03 . Same not held. Court is granting motion to continue [12-1] and motion to continue [11-1]. Jury trial previously set 5/27/03 is VACATED and jury trial reset to Mon., 6/23/03 at 9:00 am . Supplemental pretrial conference set Wed., 6/4/03 at 2:00 pm . Court finds time from today to 6/23/03 is EXCLUDABLE pursuant to the Speedy Trial Act. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/20/2003) |
| 06/02/2003 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on pending motions/ pretrial conference set Wed., 6/4/03 is reset in TIME ONLY to 10:30 AM . (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 06/02/2003) |
| 06/04/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Chambers/AFPD Alvarado with Dft Robert Prather for pretrial conference on 6/4/03 . Same not held. Parties request continuation for status/possible plea. Status hearing/possible change of plea set Thurs., 7/10/03 at 1:15 pm . Jury trial previously set 6/23/03 is VACATED. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 06/05/2003) |
| 07/10/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Chambers/AFPD Alvarado with Dft Robert Prather for status hearing on 7/10/03 . Dft requests additional time to complete plea negotiations. Same allowed. Change of plea set Fri., 8/29/03 at 9:00 am . Court finds time from today to 8/29/03 is EXCLUDABLE pursuant |

| | | |
|---|---|---|
| | | to the Speedy Trial Act. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 07/10/2003) |
| 07/15/2003 | | MINUTES: before Chief Judge Joe B. McDade. Re: Dft Robert Prather - change of plea previously set 8/29/03 at 9:00 am is VACATED and change of plea reset to Fri., 8/29/03 at 4:15 pm (NOTE: Change in TIME only). (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 07/15/2003) |
| 08/08/2003 | 13 | PETITION by: AUSA as to defendant Robert Prather regarding Action on Conditions of Pretrial Release with order entered endorsed thereon by Mag Judge Gorman. Prayer of Petition is allowed. Summons to issue. (SH, ilcd) (Entered: 08/11/2003) |
| 08/11/2003 | 14 | SUMMONS issued as to Robert Prather ; initial appearance on Petition for Action on Conditions of Pretrial Release set for 11:00 am, Tues., 8/26/03 for Robert Prather (SH, ilcd) (Entered: 08/11/2003) |
| 08/14/2003 | 15 | SUMMONS executed upon Robert Prather on 8/13/03 (SH, ilcd) (Entered: 08/14/2003) |
| 08/21/2003 | | MINUTES: before Mag. Judge John A. Gorman. Initial Appearance on Pretrial Release Violation re: Robert Prather set 8/26/03 is CANCELED due to conflict in court's calendar & is reset to Friday, 8/29/03 at 11:30am; in person. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 08/21/2003) |
| 08/27/2003 | 16 | Supplemental PETITION by: AUSA as to defendant Robert Prather regarding Action on Conditions of Pretrial Release with Order entered endorsed thereon by Mag Judge John A. Gorman. Ordered that this supplemental petition to be considered with original petition filed on 8/8/03. (SH, ilcd) (Entered: 08/27/2003) |
| 08/28/2003 | | MINUTES: before Chief Judge Joe B. McDade. Change of plea previously set at 4:15pm on Fri 8/29/03, before Chief Judge McDade is cancelled and RESET to change of plea on Fri 8/29/03, at 11:30 am before Magistrate Judge Gorman immediately following the initial appearance. (cc: all counsel/Prob/US Mar/Crt Rptr) (ML, ilcd) (Entered: 08/28/2003) |
| 08/29/2003 | 17 | NOTICE by defendant Robert Prather of change of address effective 8/27/03 to 800 N. Main, Canton, IL. 61520 (309) |

| | | |
|---|---|---|
| | | 647-3137 (HK, ilcd) (Entered: 08/29/2003) |
| 08/29/2003 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Murphy & FPD Alvarado present in open court with Robert Prather for Initial Appearance on Petition for Action on Conditions of Release. Same held 8/29/03 at 11:30. Govt moves to dismiss petition for action re: bond-motion allowed. Robert Prather enters BLIND guilty pleas to Counts 1,2 & 3. Notice re: entry of plea of guilty & consent form signed in open court. Report & Recommendation to enter. Case set for Sentencing hearing on Wednesday, 11/26/03 at at 2:00pm before Chief Judge McDade. Dft remains on bond. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 08/29/2003) |
| 08/29/2003 | 18 | Notice Regarding Entry of a Plea and Signed Consent, filed by defendant Robert Prather and USA. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 08/29/2003) |
| 08/29/2003 | 19 | Report and Recommendation by Mag. Judge John A. Gorman Concerning Plea of Guilty by defendant Robert Prather to Counts 1,2 & 3. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 08/29/2003) |
| 08/29/2003 | 20 | ORDER on Implementation of Sentencing Guidelines re: Robert Prather by Mag. Judge John A. Gorman (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 08/29/2003) |
| 09/02/2003 | 21 | PETITION by: USPO as to defendant Robert Prather regarding Action on Conditions of Pretrial Release with Order entered endorsed thereon by US Mag Judge John Gorman. Ordered that Warrant issue for arrest of Defendant. (SH, ilcd) (Entered: 09/03/2003) |
| 09/02/2003 | 22 | ARREST Warrant issued for Robert Prather by Mag. Judge John A. Gorman (SH, ilcd) (Entered: 09/03/2003) |
| 09/05/2003 | | MINUTES: before Mag. Judge John A. Gorman. Initial appearance on petition for violation of condition(s) of pretrial release set for 2:45 on Friday, 9/5/03 in person in Peoria before Judge Gorman (Courtroom C) for defendant Robert Prather. (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 09/05/2003) |
| 09/05/2003 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Keith/AFPD Alvarado with |

| | | |
|---|---|---|
| | | Dft Robert Prather for initial appearance on revocation of pretrial release on 9/5/03 . Govt recommends detention. Dft waives hearing at this time and consents to detention. Hearing on petition for revocation of pretrial release set Mon., 9/15/03 at 2:45 pm (before Mag Judge Gorman). Dft remanded to custody of the US Marshal. Order of detention pending trial entered. (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 09/05/2003) |
| 09/05/2003 | 23 | ORDER of Detention of Robert Prather pending trial by Mag. Judge John A. Gorman (cc: all counsel). (SH, ilcd) (Entered: 09/05/2003) |
| 09/08/2003 | 24 | Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing by Chief Judge Joe B. McDade . Sentencing hearing set for 2:00 pm, Wed., 11/26/03 for Robert Prather . (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 09/08/2003) |
| 09/11/2003 | 25 | ARREST Warrant returned executed as to Robert Prather 9/2/03 (SH, ilcd) (Entered: 09/11/2003) |
| 09/15/2003 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Chambers/ FPD Alvarado with Dft Robert Prather present in person and in-court hearing held 9/15/03 re: petition for action on conditions of pretrial release. Dft agrees to remain in custody pending sentencing. Oral motion to withdraw petition by Govt - Allowed. Court orders petition [21-1] withdrawn. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 09/16/2003) |
| 10/01/2003 | | MINUTES: before Chief Judge Joe B. McDade. Re: Dft Robert Prather - Decision on Agreement/Possible Sentencing previously set 11/26/03 is VACATED and sentencing hearing reset to Mon., 01/05/04 at 10:30 am (in person in Peoria). (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 10/01/2003) |
| 01/05/2004 | | MINUTES: before Chief Judge Joe B. McDade. AUSA Chambers/FPD Alvarado with Dft Robert Prather present in person and sentencing hearing held 1/5/04 with Court sentencing Robert Prather (1) on count(s) 1, 2 , 3 as follows: Dft committed to custody of Bureau of Prisons for a term of 46 months on each of Counts 1 - 3 to run concurrently; 2 years supervised release on each of Counts 1 - 3 to run concurrently; |

| | | $300 special assessment . Dft advised of right to appeal and remanded to custody of USM. Case terminated . (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 01/06/2004) |
|---|---|---|
| 01/05/2004 | 26 | PRESENTENCE Report on Robert Prather ( original sealed ) (CL, ilcd) (Entered: 01/06/2004) |
| 01/05/2004 | 27 | SENTENCING recommendation (original sealed) as to defendant Robert Prather (CL, ilcd) (Entered: 01/06/2004) |
| 01/05/2004 | 29 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Robert Prather by Chief Judge Joe B. McDade (HK, ilcd) (Entered: 04/20/2004) |
| 01/08/2004 | 28 | JUDGMENT and Commitment Order as to defendant Robert Prather by Chief Judge Joe B. McDade (SH, ilcd) (Entered: 01/08/2004) |
| 04/21/2004 | 30 | RECEIPT from USPO for Presentence Report #26, Sentencing Recommendation #27 and Statement of Reasons #28 as to defendant Robert Prather (RK, ilcd) (Entered: 05/07/2004) |
| 03/02/2006 | 31 | MOTION to Dispose of Evidence by USA as to Robert Prather. (Chambers, K) (Entered: 03/02/2006) |
| 03/02/2006 | 32 | ORDER granting 31 Motion to Dispose of Evidence as to Robert Prather (1). Entered by Judge Joe Billy McDade on 3/2/06. (RK, ilcd) (Entered: 03/02/2006) |
| 11/28/2007 | 33 | Probation Jurisdiction Transferred to NDIL as to Robert Prather Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (TK, ilcd) (Entered: 11/28/2007) |
| 11/28/2007 | 34 | Letter to Clerk, NDIL forwarding certified copies of indictment, judgment, financial records and docket sheet as to Robert Prather, requesting acknowledgment of receipt. (TK, ilcd) (Entered: 11/28/2007) |

**IN THE UNITED STATES DISTRICT COURT FILED**

**FOR THE CENTRAL DISTRICT OF ILLINOIS** MAR 2 0 2003

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 03- 10023 |
| | ) | |
| ROBERT PRATHER, | ) | VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(C) |
| | ) | |
| Defendant. | ) | |

**AT PEORIA**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about December 18, 2002, in Fulton County, within the Central District of Illinois,

**ROBERT PRATHER,**

the defendant herein, did knowingly distribute a mixture and substance containing cocaine base

(crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### Count 2

In or about December 19, 2002, in Fulton County, within the Central District of Illinois,

**ROBERT PRATHER,**

the defendant herein, did knowingly distribute a mixture and substance containing cocaine base

(crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A TRUE COPY:
ATTEST.
JOHN M. WATERS, CLERK
BY:
DEPUTY CLERK
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 11/28/07

## Count 3

In or about February 10, 2003, in Fulton County, within the Central District of Illinois,

**ROBERT PRATHER,**

the defendant herein, did knowingly distribute a mixture and substance containing cocaine base

(crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A True Bill,

_R. Osborne_
_____
**Foreperson**

_____
**JAN PAUL MILLER**
UNITED STATES ATTORNEY

KTC/ksr

2



AO 245B8  (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1

# UNITED STATES DISTRICT COURT

JAN - 8 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__Central__ District of __Illinois__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| **Robert Prather** | Case Number: 03-10023-001 |
| | Robert A. Alvarado |
| | Defendant's Attorney |

## THE DEFENDANT:

[x] pleaded guilty to count(s)  1, 2 & 3 _____

[ ] pleaded nolo contendere to count(s) _____
which was accepted by the court.

[ ] was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 841(a)(1) & 841 (b)(1)(C) | Distribution of Cocaine Base (Crack) | 12/18/2002 | 1 |
| 21 USC § 841(a)(1) & 841 (b)(1)(C) | Distribution of Cocaine Base (Crack) | 12/19/2002 | 2 |
| 21 USC § 841(a)(1) & 841 (b)(1)(C) | Distribution of Cocaine Base (Crack) | 2/10/2003 | 3 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ [ ] is [ ] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

__January 5, 2004__
Date of Imposition of Judgment

*Joe B. McDade*
Signature of Judicial Officer

Joe B. McDade
Chief U. S. District Judge
Name and Title of Judicial Officer

__1/8/04__
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: _____
DEPUTY CLERK
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 11/28/07

AO 245B    (Rev. 8/01) Judgment in Criminal C
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **Robert Prather**
CASE NUMBER: 03-10023-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months on each of counts 1, 2 and 3, all to run concurrently with each other.

[x] The court makes the following recommendations to the Bureau of Prisons:

1) Defendant serve his sentence in a facility that will allow him to participate in the Comprehensive Drug Treatment Program, 2) Defendant serve his sentence in the Intensive Confinement Program if qualified, 3) Defendant serve his sentence in the least secure facility possible, possibly at Oxford, WI, and 4) Defendant be placed in an appropriate facility as close to his family in Chicago, IL as possible.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

[ ] at _____ [ ] a.m. [ ] p.m. on _____

[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before on _____

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 8/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:  Robert Prather
CASE NUMBER: 03-10023-001

Judgment—Page  3  of  6

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  2 years on each of counts 1, 2 & 3, to run

concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from any   use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
              Sheet 3A — Supervised Release

Judgment—Page **4** of **6**

DEFENDANT:  **Robert Prather**
CASE NUMBER: 03-10023-001

## SPECIAL CONDITIONS OF SUPERVISION

1.  You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol.  You shall pay for these services as directed by the probation officer.  2.  You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.  3.  You shall maintain full-time employment during supervision, and perform 20 hours of uncompensated voluntary community service each week if you fail to obtain or maintain full-time employment and provide veritication of said service as directed by the probation officer.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
· Sheet 4 — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT:  Robert Prather
CASE NUMBER: 03-10023-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 300.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
    Sheet 4A — Criminal Monetary Penalties

Judgment — Page 6 of 6

DEFENDANT:  Robert Prather
CASE NUMBER: 03-10023-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [x]  Lump sum payment of $ 300.00 _____ due immediately, balance due

   [ ]   [ ]  not later than _____ , or
         [ ]  in accordance with  [ ] C,  [ ] D, or  [ ] E below; or

B  [ ]  Payment to begin immediately (may be combined with  [ ] C,  [ ] D, or  [ ] E below); or

C  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E  [ ]  Special instructions regarding the payment of criminal monetary penalties:




Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.




[ ]  Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:




[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:




Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

United States District Court
Account Summary

11/28/2007

Case Number    0753 1 0310023 001
Assessment                300.00
Fine                        0.00
Restitution                 0.00

Special Assessment - 504100

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 10/05/2004 | 144105 | BOP | 25.00 | | 275.00 |
| 04/05/2005 | 144127 | BOP | 25.00 | | 250.00 |
| 07/01/2005 | 144140 | BOP | 65.00 | | 185.00 |
| 10/03/2005 | 144152 | BOP | 65.00 | | 120.00 |
| 09/10/2007 | P20043 | Money Order | 120.00 | | 0.00 |

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:
        DEPUTY CLERK
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:
        11/28/07